

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 19, 2008



**By Facsimile**

The Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

    Re:  United States v. Miguel Hinojoza-Quinones
           08 Cr 242 (SAS), 07 Mag. 2175

Dear Judge Scheindlin     MEMO ENDORSED

    The above-captioned Indictment, a copy of which is enclosed, was assigned to Your Honor earlier today. I write respectfully to confirm that Your Honor has scheduled the defendant's arraignment and an initial pretrial conference for Tuesday, March 25, 2008, at 3:30 p.m.

    I further respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from today until March 25, 2008. The purpose of the requested exclusion is to allow the Government to begin preparing discovery in this case. Defense counsel, Robert A. Krakow, Esq., consents to this request.

    I appreciate Your Honor's consideration of these matters.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *JPC*
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2390

Enclosure

cc:  Robert J. Krakow, Esq.
     By facsimile

Request granted. So Ordered.
[signature] USDJ
3/19/08

Returned to chambers for scanning on 3/21/08
Scanned by chambers on _____