**ROBERT J. KRAKOW**
LAW OFFICE OF ROBERT J. KRAKOW, P.C.
Attorneys and Counselors at Law
1205 Franklin Avenue, Suite 110
Garden City, New York 11530
(516) 354-3300
(516) 349-1771 FACSIMILE*
(*Not for Service of Litigation Papers)

April 22, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

By Fax only: 212-805-7920
Honorable Shira Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: <u>United States v. Miguel Hinojosa-Quinones</u>
    08 Cr. 242 (SAS)

Dear Judge Scheindlin:

I represent Miguel Hinojosa-Quinones in connection with the referenced matter that is scheduled for a status conference tomorrow, on April 23, 2008 at 4:30 p.m.

On consent of the government by A.U.S.A. John Cronan I respectfully request an adjournment of the status conference scheduled for April 23, 2008. As we advised Your Honor at the last conference, Mr. Honojosa-Quinones is considering whether or not to plead guilty in this matter. We received a proposed plea agreement last week and we are considering moving forward with a plea proceeding. In the interim, the government has produced discovery that we are in the process of reviewing.

Given the foregoing and the possibility that there will be a plea in this matter, we respectfully request that the status conference scheduled for tomorrow be postponed <u>for a period of two weeks</u>, and that a control date be set for a conference if this matter should not result in a plea during that two-week period. We respectfully submit that this proposal would present the best use of time for the Court and the parties, as we would merely be reporting to the court at tomorrow's status conference the information contained in this letter.

*[Handwritten]: Request granted. Conference adjourned to May 7 at 4:30. Time excluded. So Ordered. [signature] USDJ 4/23/08*

*Law Office of Robert J. Krakow, P.C.*

Hon. Shira Scheindlin
April 22, 2008
Page 2

    We consent to the exclusion of time for the two-week period of time from the date of this letter to the control date scheduled by the court for the purpose of plea negotiations and further review of the discovery material produced in this matter.

    Accordingly, it is respectfully requested that this matter be adjourned for a period of two weeks and that a control date be set should this matter not result in a plea.

                              Respectfully submitted,

                              Robert J. Krakow

cc: <u>By Fax (212)637-2390</u>
AUSA John P. Cronan