UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

MIGUEL HINOJOSA-QUINONES,

           Defendant.

------------------------------------------------------------X

**ORDER**

08 Cr. 242 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The Office of Pre-trial Services is directed to disclose to defendant and the Government any documents in its possession that relate to the anticipated testimony of pre-trial services officers at the hearing scheduled for Monday, August 11, 2008.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            August 8, 2008

1

## - Appearances -

**For the Government:**

John Cronan
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2779

**For Defendant:**

Robert Joel Krakow, Esq.
225 Broadway, Suite 2700
New York, NY 10007
(212) 227-0600