UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA

   - against -

MIGUEL HINOJOSA-QUINONES,

          Defendants.

------------------------------------------------------------ X

ORDER

08 CR 242 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      For the reasons stated on the record at today's conference, defendant's motion to suppress custodial statements and physical evidence is granted in part and denied in part. The Clerk of the Court is directed to close this motion (Document No. 14 on the docket sheet).

SO ORDERED:

*Shira A. Scheindlin signature*

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             August 11, 2008

1